UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

AUGUSTOVSKY MARK A#028-156-896 )
)
)
Plaintiff-Petitioner )
)
) Case No. 2:09-CV-4251
)
vs. )
)
)
[Insert Name] HOLDER, in his/her )
official capacity as Warden, [Detention Center] )
Robert J. Bigott, Warden, Bergen County Jail )
Hackensack, NJ 07601, [City] New Jersey; )
SCOTT A. WEBER, his official capacity as )
Newark Field Office Director for Detention and )
Removal; JOHN T. MORTON, in his official )
capacity as Acting Assistant Secretary of U.S. )
Immigration and Customs Enforcement; )
JANET NAPOLITANO, in her official capacity )
as the Secretary of the U.S. Department of )
Homeland Security; and ERIC HOLDER, in his )
official capacity as Attorney General of the U.S. )
Department of Justice )
)
Defendants-Respondents. )
)

RECEIVED

NOV 19 2009

AT 8:30_____ M
WILLIAM T. WALSH, CLERK

## APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE

1. Pursuant to 28 U.S.C. § 2243, Petitioner respectfully requests that the Court issue an order to Respondents, requiring them to show cause why Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (filed herewith) should not be granted.

2. Petitioner challenges his continued detention by the U.S. Immigration and Customs Enforcement (ICE) in violation of the Immigration and Nationality Act (INA) and his constitutional right to due process.

3. Petitioner seeks his immediate release from custody under reasonable conditions of supervision or, in the alternative, a constitutionally adequate hearing where Respondents must demonstrate that any continued detention of Petitioner is justified.

4. The federal habeas corpus statute provides that "[a] court, justice or judge entering a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

5. Section 2243 further provides that the writ or order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed."

6. Section 2243 further provides that the court shall hold a hearing on the writ or order to show cause "not more than five days after the return unless for good cause additional time is allowed."

7. Section 2243 further provides that the court "shall summarily hear and determine the facts, and dispose of the matter as law and justice require."

8. Pursuant to 28 U.S.C. § 2243, and in light of the fact that he has been detained for _22 months_ [Insert period of time], Petitioner respectfully requests that the Court immediately issue an Order to Show Cause against the Respondents.

9. Petitioner further requests pursuant to 28 U.S.C. § 2243 that the Court require Respondents to file a return within three days of the Court's order, showing cause, if any, why the writ of habeas corpus should not be granted.

Dated: _11/18/09_

Respectfully submitted,

_028-156-896_
[insert your name and A #]

_Bergen County Jail_
_160 South River Street_
_Hackensack, NJ 07601_
[insert your address]

MARK AUGUSTOVSKY
A#
Bergen County Jail
160 S. River Street
Hackensack, NJ 07601

THE BERGEN COUNTY JAIL HAS CENSORED NOR INSPECTED THEREFORE, THE SHERIFF'S DEPT DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENTS.

RECEIVED
AT 8:30
NOV 19 2009
WILLIAM T. WALSH, CLERK
_____ M

Clerk
U.S. District Court for the District of New Jersey
MARTIN Luther King Building & US Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101