**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

| | |
|---|---|
| 970 Broad Street, Suite 700 | *general number:* (973) 645-2700 |
| Newark, New Jersey 07102 | *telephone:* (973) 645-2921 |
| | *fax:* (973) 297-2010 |

February 19, 2010
**Electronically filed**

Hon. Dennis M. Cavanaugh
Judge, U.S. District Court
U.S.P.O. & Courthouse Bldg.
Room 451
Newark, New Jersey 07101

    Re:    Mark Augustovsky v. Holder, et al.
             Civil Action No. 09-4251(DMC)

Dear Judge Cavanaugh:

    This is to advise the Court that the parties have stipulated to another extension of the date for the filing and service of the answer to the habeas petition, until March 3, in order to allow the respondent to follow up on information relayed by petitioner's counsel regarding the status of inquiries made to the Lithuanian Consulate about the possibility, or lack thereof, of obtaining travel documents. Petitioner's counsel will be sent a copy of this letter by the Court's electronic filing system.

    Thank you for your attention and consideration.

                                  Respectfully,

                                  PAUL J. FISHMAN
                                  United States Attorney

                                  S / *Peter G. O'Malley*
    By:    PETER G. O'MALLEY
              Assistant U.S. Attorney

cc:    Jeanne Locicero, Esq.
        Farrin Anello, Esq.
        ACLU of New Jersey
        P.O. Box 32159
        Newark, New Jersey 07102
        fanello@ucla.org