LEGAL DEPARTMENT
IMMIGRANTS'
RIGHTS PROJECT



AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS'
RIGHTS PROJECT

PLEASE RESPOND TO:
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2660
F/212.549.2654
WWW.ACLU.ORG

CALIFORNIA OFFICE
39 DRUMM STREET
SAN FRANCISCO, CA 94111-4805
T/415.343.0770
F/415.395.0950

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

RICHARD ZACKS
TREASURER

April 9, 2010

**Electronically filed**

Hon. Dennis M. Cavanaugh
United States District Court
District of New Jersey
U.S.P.O. & Courthouse Building
Room 451
Newark, New Jersey 07101

  Re: Mark Augustovsky v. Eric Holder et al.
     Civil Action No. 09-4251(DMC)

Dear Judge Cavanaugh:

  Counsel for Petitioner Mark Augustovsky respectfully requests that the deadline for the Petitioner's reply to the Respondents' answer to the petition for habeas corpus, currently due April 9, 2010, be extended until April 23, 2010. This request is made in light of the parties' ongoing discussions regarding a potential stipulation of dismissal. The undersigned also communicated this request to chambers by telephone yesterday. Counsel for the Respondents consents to the proposed extension.

          Respectfully submitted,

          s/ Farrin R. Anello
          Farrin R. Anello
          American Civil Liberties Union Foundation
          Immigrants Rights' Project
          125 Broad Street, 18th floor
          New York, New York 10004
          (212) 284-7303

          Jeanne LoCicero
          American Civil Liberties Union
          of New Jersey Foundation
          P.O. Box 32159
          Newark, New Jersey 07102
          (973) 642-2086

          Counsel for Petitioner

## **CERTIFICATE OF SERVICE**

I, Mona Oraby, certify that on April 9, 2010, I caused a copy of the foregoing letter to be served on counsel listed below by the District of New Jersey Electronic Case Filing system, pursuant to Local Civil Rule 5.2.

PETER G. O'MALLEY
Office of the U.S. Attorney
970 Broad Street
Suite 700
Newark, NJ 07102
(973) 645-2921
peter.omalley@usdoj.gov