LEGAL DEPARTMENT
IMMIGRANTS'
RIGHTS PROJECT



April 9, 2010

**Electronically filed**

Hon. Dennis M. Cavanaugh
United States District Court
District of New Jersey
U.S.P.O. & Courthouse Building
Room 451
Newark, New Jersey 07101

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS'
RIGHTS PROJECT

PLEASE RESPOND TO
NATIONAL OFFICE
25 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2660
F/212.549.2654
WWW.ACLU.ORG

CALIFORNIA OFFICE
39 DRUMM STREET
SAN FRANCISCO, CA 94111-4805
T/415.343.0770
F/415.395.0950

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

RICHARD ZACKS
TREASURER

Re:   Mark Augustovsky v. Eric Holder et al.
      Civil Action No. 09-4251(DMC)

Dear Judge Cavanaugh:

Counsel for Petitioner Mark Augustovsky respectfully requests that the deadline for the Petitioner's reply to the Respondents' answer to the petition for habeas corpus, currently due April 9, 2010, be extended until April 23, 2010. This request is made in light of the parties' ongoing discussions regarding a potential stipulation of dismissal. The undersigned also communicated this request to chambers by telephone yesterday. Counsel for the Respondents consents to the proposed extension.

Respectfully submitted,

s/ Farrin R. Anello
Farrin R. Anello
American Civil Liberties Union
Foundation
Immigrants Rights' Project
125 Broad Street, 18th floor
New York, New York 10004
(212) 284-7303

Jeanne LoCicero
American Civil Liberties Union
of New Jersey Foundation
P.O. Box 32159
Newark, New Jersey 07102
(973) 642-2086

Counsel for Petitioner

4/12/2010

SO ORDERED: _____
             DENNIS M. CAVANAUGH, U.S.D.J.