UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Mark Augustovsky, | : | **Hon. Dennis M. Cavanaugh** |
| Petitioner, | : | Civil Action No. 2:09-cv-04251-DMC |
| v. | : | **JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL** |
| Eric H. Holder, Attorney General, Janet A. Napolitano, Secretary of Homeland Security; Christopher Shanahan, US ICE, New York Field Office Director; Robert J. Bigott, Warden of Bergen County Jail, | : | **CLOSED** |
| Respondents. | : | |

Petitioner and Respondents, through their counsel, hereby advise the Court that Petitioner was released from immigration detention under the attached Order of Supervision, Release Notification, and Order to Release Alien on March 15, 2010. Pursuant to this release, the parties hereby jointly move the Court to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(ii). It is understood between the parties that Immigration and Customs will not re-detain Petitioner except as provided for in the attached Order of Supervision.

Accordingly, this habeas corpus proceeding shall be dismissed with prejudice, but without prejudice to petitioner's right to file a new petition in the event he is detained again. Each side will bear its own costs.

DATED: April 19, 2010

Respectfully submitted,
/s Farrin R. Anello
FARRIN R. ANELLO
American Civil Liberties Union Foundation
Immigrants Rights' Project
125 Broad Street, 18th floor
New York, New York 10004
(212) 284-7303

JEANNE LOCICERO
American Civil Liberties Union
of New Jersey Foundation
P.O. Box 32159
Newark, New Jersey 07102
(973) 642-2086

Attorneys for Petitioner

PAUL J. FISHMAN
United States Attorney

By:

_S / Peter G. O'Malley_____
PETER G. O'MALLEY
Assistant U.S. Attorney

Attorney for Respondents

[~~PROPOSED~~] ORDER

The parties having so stipulated, the above is SO ORDERED.

IT IS SO ORDERED.

DATED: April 23, 2010

_____
Dennis M. Cavanaugh
United States District Judge

Office of Detention and Removal Operations

U.S. Department of Homeland Security
26 Federal Plaza, Suite 1105
New York, NY 10278



**U.S. Immigration and Customs Enforcement**

AUGUSTOVSKY, Mark
C/O Bergen County Jail
160 South River Street
Hackensack, NJ 07601

A028 156 896

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. A violation of one or more of these conditions, or of any local, state or federal law may result in you being taken back into custody and any bond, which you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain a travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____
Christopher Shanahan, Field Office Director
New York, NY

3/12/10
Date

RELEASE NOTIFICATION
AUGUSTOVSKY, Mark
A028 156 896

## PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I __MARTIN TORRES__, __DO__,
     Name of ICE Officer                Title

certify that I served __MARK AUGUSTOVSKY__ with a copy of
                        Name of detainee

this document at __VRK ST__ on __3/15/2010__, at __0850__.
                   Institution            Date              Time

(b) I certify that I served the custodian __MARTIN TORRES__,
                                            Name of Official

__DO__, at __VRK ST__, on
  Title         Institution

__3/15/10__ with a copy of this document.
  Date

## OR

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
     Name of INS Officer              Title

that I served _____ and the custodian _____
                Name of detainee                          Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                    Institution              Date


__(signature)__                              __3/15/2010__
Alien's Signature                              Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

(Page 2 of 2)

Department of Homeland Security

Immigration and Customs Enforcement

**Order of Supervision**

File No: 028 156 896
Date: March 12, 2010

Name: Mark AUGUSTOVSKY

On: **January 28, 2010 you were ordered**:
(Date of final order)

[ ] Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
[X] Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Immigration and Customs Enforcement (ICE) has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

[X] That you appear in person at the time and place specified, upon each and every request of ICE, for identification and for deportation or removal.

[X] That upon request of ICE, you appear for medical or psychiatric examination at the expense of the United States Government.

[X] That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as ICE considers appropriate.

[X] That you do not travel outside _____TRI STATE_____ for more than 48 hours without first
(Specify geographic limits, if any)
having notified this ICE office of the dates and places of such proposed travel.

[X] That you furnish written notice to this ICE office of any change of residence or employment within 48 hours of such change.

[X] That you report in person on **April 27, 2010 at 09:00 am** to this ICE office at: **26 Federal Plaza, 9th Floor New York, NY 10278**, unless you are granted written permission to report on another date.

[X] That you assist the Immigration and Customs Enforcement in obtaining any necessary travel documents.

[ ] Other:

[ ] See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____Christopher Shanahan_____
(Signature of ICE official)

Christopher Shanahan  Field Office Director
(Print name and title of ICE official)

---

**Alien's Acknowledgment of Conditions of Release under an Order of Supervision**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___ENGLISH___ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____ 4/80           _____           3/15/10
(Signature of ICE official serving order)   (Signature of alien)            Date

Form I-220B

Department of Homeland Security  
Immigration and Customs Enforcement

Continuation Page for Form:   I-220B

| Alien's Name | File Number | Date |
|---|---|---|
| Mark AUGUSTOVSKY | A028 156 896 | March 12, 2010 |

_Alien's Signature_

RIGHT INDEX PRINT

PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| April 27, 2010 | | |

Signature _____   Title   DO

Department of Homeland Security
Immigration and Customs Enforcement

**Order of Supervision-Addendum**

File No: 028 156 896
Date: March 12, 2010

Name: Mark AUGUSTOVSKY

[X] That you do not associate with known gang members, criminal associates, or associate with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide the ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide the ICE with written proof of such within 30 days. You must provide the ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide the ICE with written proof of such within 10 days.

[X] That you do not commit any crimes while on this Order of Supervision.

[x] That you report to any parole or probation officer as required within 5 business days and provide the ICE with written verification of the officers name, address, telephone number, and reporting requirements.

[ ] That you continue to follow any prescribed doctors orders whether medical or psychological including taking prescribed medications.

[X] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[X] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

[x] Any violation of the above conditions will may result in revocation of your employment authorization document.

[X] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

[ ] Other

## ORDER TO DETAIN OR RELEASE ALIEN

**TO: (NAME and TITLE of Person in Charge of Facility)** WARDEN

**(Name of Facility)** VARICK

**Please** ☐ Detain ☒ Release

**Date:** 3/12/10   **Time:**

**Name of Alien:** AUGUSTOVSKY, MARK

**File Number:** 028156896

**Age:** 36   **Sex:** M   **Nationality:** LITHUANIA   **Foreign Address:**

**Nature of Proceedings:** Removal

**Signature of Officer Receiving Alien:**

**REMARKS:** RELEASE SUBJECT WITH ALL BELONGINGS. SUBJECT RELEASED ON ORDER OF SUPERVISION.

**Signature of Officer Authorizing Action:** Joseph P. Harrington

**Title:** SDDO   **Office:** VRK NYC

Form I-203 (Rev. 7-15-78) Y

UNITED STATES DEPARTMENT OF JUSTICE — Immigration and Naturalization Service